**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division**

Santiago Abreau
                                       Plaintiff,

v.                                                   Case No.: 1:16–cv–00098
                                                         Honorable Rebecca R. Pallmeyer

Doc B's Restaurant 001 L.L.C.
                                       Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, May 5, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to stipulation [14], this case is dismissed with prejudice. Each party shall bear its own costs and attorney fees. Civil case terminated. Mailed notice (ao,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.